UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHAEL H. FITZPATRICK, TRUSTEE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:17-CV-00257 |
| LAW SOLUTIONS CHICAGO, LLC, UPRIGHT LAW, LLC, GEORGE DOE, JESSICA ODGIE, AUSTEN HEUSER, JUDY LOVELY, and GRACE GARDINER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| MICHAEL H. FITZPATRICK, TRUSTEE | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:17-CV-00258 |
| LAW SOLUTIONS CHICAGO, LLC, UPRIGHT LAW, LLC, ANGELO SOLIS, JACOB BROWN, MATT SHEEHAN, and GRACE GARDINER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It appearing to the Court that the above-captioned cases present common questions of law and fact, it is hereby ORDERED that these actions are CONSOLIDATED and that all future filings will be in case No. 3:17-CV-00257.

ENTER:

                    s/J. RONNIE GREER
              UNITED STATES DISTRICT JUDGE